**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CATHERINE ELAINE PHILLIPS** | **CASE NO. 2:23-CV-01621** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 15) of the Magistrate Judge previously filed herein, after a de novo review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the final decision of the Commissioner of Social Security is AFFIRMED, and Catherine Elaine Phillips's appeal (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**